# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

United States of America

        Plaintiff(s),

vs.

Alejandro Mendoza

        Defendant(s).

Case # 2:15-cr-00116-LDG-NJK

## SUBSTITUTION OF ATTORNEY

Alejandro Mendoza (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

David R. Fischer, Esq.
(New Attorney)

(Address): 400 S. 4th St., Ste. 500, Las Vegas, NV 89101

(Telephone): (702) 547-3944, as attorney of record in place and

stead of: Kristina Wildeveld, Esq. and Caitlyn McAmis, Esq.
(Present Attorney)

DATED: 5-10-15        _____
                                    (Signature of Party)

I consent to the above substitution.

DATED: 5/11/15        _____
                                   (Signature of Present Attorney)

...

...

...

1

6/95

1  I am duly admitted to practice in this District.

2  Above substitution accepted.

3  DATED: _10ᵗʰ day of May 2015_     _____

4                                               (Signature of New Attorney)

5  Please check one:___✓___ RETAINED, or _____ APPOINTED BY THE COURT

6

7                                    APPROVED:

8

9  DATED: May 13, 2015        _____

10                                United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                2

6/95