**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cr-00116-LDG-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER** |
| v. ) | |
| ALEJANDRO MENDOZA, ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion for leave to file a motion to suppress.  Docket No. 25.  The Government shall file a response no later than December 28, 2015.

IT IS SO ORDERED.

DATED:  December 22, 2015

_____
Nancy J. Koppe
United States Magistrate Judge