1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cr-00116-LDG-NJK |
| vs. | ) | ORDER |
| ALEJANDRO MENDOZA, | ) | |
| Defendant. | ) | (Docket No. 25) |

11

12

13

14

15

16        Pending before the Court is Defendant's motion for leave to file a motion to suppress.  Docket No.

17    25.  On December 28, 2015, the United States filed a response to Defendant's motion, indicating it does

18    not oppose this motion.  Docket No. 30.

19        Accordingly, Defendant's motion for leave to file a motion to suppress, Docket No. 25, is hereby

20    **GRANTED**.  Defendant's concurrently-filed motion to suppress evidence, Docket No. 26, shall proceed

21    according to the default briefing schedule.

22        IT IS SO ORDERED.

23        DATED: December 29, 2015.

24

25                                                                                    _____

26                                                                                    NANCY J. KOPPE
                                                                                      United States Magistrate Judge

27

28