DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
LAW OFFICE OF DAVID R. FISCHER
400 South 4th Street
Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: admin@fischerlawlv.com
*Attorney for Defendant ALEJANDRO MENDOZA*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEJANDRO MENDOZA, <br><br> Defendant. | Case No. 2:15-cr-116-LDG-NJK <br><br><br> **ORDER TO EXTEND DEADLINE TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S RULING** |

THIS MATTER having come before the Court upon the Stipulation of the parties filed by the defendant, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Objections to the Magistrate Judge's Order and Report & Recommendation filed on March 14, 2016 (Document 40) is extended. The prior deadline of July 29, 2016 is reset to the following date: Tuesday, September 27, 2016.

ORDERED this 4 day of Aug, 2016.

BY THE COURT

_____
U.S. DISTRICT JUDGE
LLOYD D. GEORGE

5