1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cr-00116-LDG-NJK |
| vs. | ) | ORDER SETTING HEARING |
| ALEJANDRO MENDOZA, | ) | (Docket No. 56) |
| Defendant. | ) | |

Pending before the Court is Defendant's counsel's motion to withdraw. Docket No. 56. The Court hereby sets the motion for hearing on August 25, 2016, at 2:00 p.m. in courtroom 3A. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: August 18, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge