# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:15-cr-00116-LDG (NJK) |
| v. | **ORDER** |
| ALEJANDRO MENDOZA, | |
|     Defendant. | |

For good cause shown,

THE COURT **DENIES** the Defendant's Objections (ECF No. 67) to the Report and Recommendation;

THE COURT **ADOPTS** the Report and Recommendation (ECF No. 40);

THE COURT **ORDERS** that Defendant's Motion to Suppress Evidence (ECF No. 26) is DENIED.

DATED this ____ day of April, 2017.

_____
Lloyd D. George
United States District Judge