1

                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEVADA


     UNITED STATES OF AMERICA,    )   Case No. 2:15-cr-116-KJD-NJK
               Plaintiffs,        )
     v.                           )        ORDER TEMPORARILY
     ALEJANDRO MENDOZA,           )   UNSEALING AUDIO RECORDING
               Defendant.         )


            Sunethra Muralidhara, AFPD, has requested production of
     the Motion Hearing held on August 25, 2016.  A portion of this
     hearing has been sealed.  The transcript will be prepared by
     Felicia Zabin, Transcriber.

            **IT IS THE ORDER OF THE COURT** that the sealed audio
     recording shall be unsealed for the limited purpose of preparing
     the transcript by Felicia Zabin and providing a copy of the
     transcript to Sunethra Muralidhara, AFPD, as requested.

            **IT IS FURTHER ORDERED** that the audio recording shall
     thereafter be resealed and a certified copy of the transcript be
     delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain
     sealed until further order of this Court.

            **IT IS FURTHER ORDERED** that the receiving party shall not
     disclose the sealed contents of the transcript of the proceeding
     to anyone other than the representatives of the parties directly
     concerned with this case.

            DATED this  22nd  day of  December , 2017.


                                     _____
                                     NANCY J. KOPPE
                                     United States Magistrate Judge