**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alejandro Mendoza,<br><br>　　　　Defendant. | Case No. 2:15-cr-00116-KJD-NJK<br><br>**Stipulation to Continue Deadline for Sentencing Memoranda**<br><br>(First Request) |

**ORDER**

Based on the pending stipulation of counsel, and good cause appearing before this Court, therefore:

IT IS HEREBY ORDERED that the deadline for the parties to submit sentencing memoranda, currently scheduled for October 30, 2018, is continued to November 2, 2018.

DATED this <u>2nd</u> day of November, 2018.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

3