Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Alejandro Mendoza,<br><br>　　　　Defendant. | Case No. 2:15-CR-00116-KJD-NJK<br><br>**First Stipulation to Continue Appearance on Petition to Revoke Supervised Release (ECF No. 137)** |

　　　　This Court has issued a summons requiring Alejandro Mendoza to appear on the petition to revoke his supervised release on April 29, 2020.[1]  The parties jointly request that this Court vacate the initial appearance and continue it for at least 60 days for judicial economy and safety concerns.

　　　　In response to the COVID-19 pandemic, this District recently entered General Orders 2020-02, -03, -04, and -05 to limit in-court appearances for the safety of all.  This continuance is to allow the parties additional time to resolve the petition short of a contested hearing and to avoid COVID-19-related safety

---

[1] ECF No. 137.  The Court was previously advised of all violations contained in the petition, save for a missed drug test on April 9, 2020, and Mendoza's admission to consuming a lortab pill the next day, and modified Mendoza's supervision accordingly.  ECF Nos. 131–136.

concerns. Mendoza is not in custody, but is on home detention,[2] and he agrees to the continuance.

DATED: April 23, 2020.

| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>Peter S. Levitt<br>Assistant United States Attorney |

---

[2] ECF No. 136.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:15-CR-00116-KJD-NJK |
| Plaintiff, | **Order Granting First Stipulation to Continue Hearing on Petition (ECF No. 137)** |
| v. | |
| Alejandro Mendoza, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the initial appearance on the petition to revoke supervised release for at least 60 days.

IT IS THEREFORE ORDERED that the initial appearance currently scheduled for April 29, 2020, at 2:30 p.m. is vacated and continued to Wednesday, July 1, 2020, at 2:30 p.m., in courtroom 3A.

DATED: April 24, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE