Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:15-CR-00116-KJD-NJK |
|---|---|
| Plaintiff, | **First Stipulation to Continue Preliminary Hearing on Petition to Revoke Supervised Release (ECF No. 157)** |
| v. | |
| Alejandro Mendoza, | |
| Defendant. | |

On August 13, 2020, this Court ordered Alejandro Mendoza detained pending his September 15, 2020, revocation hearing with Judge Dawson and scheduled a preliminary hearing for August 24, 2020.[1] Defense counsel needs additional time to investigate the allegations and determine whether a resolution can be reached short of a contested revocation hearing, which would also obviate the need for a preliminary hearing. Mendoza is in custody and agrees to the continuance. This Court should therefore find that good cause exists to continue the preliminary hearing currently scheduled for August 24, 2020, at 11:30 a.m. for at least one week. If the parties can reach a resolution prior to the newly

---

[1] The preliminary hearing was initially scheduled for August 27, 2020, but due to a conflict in the Court's calendar, it was advanced to the current date.

scheduled date, then defense counsel will file the appropriate waiver to vacate that hearing.

DATED: August 20, 2020.

| | |
|---|---|
| Rene L. Valladares | Nicholas A. Trutanich |
| Federal Public Defender | United States Attorney |

*/s/ Erin Gettel*                                    */s/ Peter S. Levitt*
By_____                    By_____

| | |
|---|---|
| Erin Gettel | Peter S. Levitt |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Alejandro Mendoza,<br><br>   Defendant. | Case No. 2:15-CR-00116-KJD-NJK<br><br>**Order Granting First Stipulation to Continue Preliminary Hearing on Petition to Revoke Supervised Release (ECF No. 157)** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the preliminary hearing on the petition to revoke supervised release.

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 24, 2020, at 11:30 a.m. is vacated and continued to September 9, 2020 at 1:00 p.m., in Courtroom 3B.

DATED: August 20, 2020.

Elayna J. Youchah
United States Magistrate Judge

3